**STATE of Missouri, Respondent,**

v.

**Bobbie Eugene COCHENOUR, Appellant.**

**No. WD 42196.**

Missouri Court of Appeals, Western District.

March 20, 1990.

Judith C. LaRose, Columbia, for appellant.

H. Scott Summers, Kohoka, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

**ORDER**

PER CURIAM.

Defendant appeals jury conviction of two counts of criminal nonsupport, in violation of Mo.Rev.Stat. § 568.040 (1986), a sentence of ninety days in jail on each count, and a fine of one thousand dollars.

Affirmed. Rule 30.25(b).